IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 09-3230 ) |
| WORTH CUTTING, INC., | ) ) |
| Defendant. | ) |

OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiffs' Motion for an Accounting (d/e 7). Plaintiffs' Motion asks the Court to order Defendant to produce all records necessary to permit Plaintiffs to conduct a payroll audit for the period from December 1, 2006, to the present and to produce contribution report forms for the months from July 2008, to the present. Plaintiffs seek judgment in the amount of $17,000.00 for known delinquent contributions and liquidated damages. Plaintiffs also seek an award of attorney's fees and costs. As set forth below, Plaintiffs' Motion is allowed, in part, and denied, in part.

1

The Court, being fully advised in the premises, finds that the Defendant has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure. The Magistrate Judge entered an Order of Default (d/e 6) on October 30, 2009. Plaintiffs then filed the instant motion and served it on Defendant's registered agent by U.S. Mail. Defendant has nevertheless failed to appear.

THEREFORE, Plaintiffs' Motion for an Accounting (d/e 7) is ALLOWED, in part, and DENIED, in part. The Court orders Defendant Worth Cutting, Inc., to appear and produce: (1) all records necessary to permit Plaintiffs to conduct a payroll audit for the period from December 1, 2006, to the present and (2) contribution reporting forms for the period from July 2008, through the present, at the law offices of Cavanagh & O'Hara, 407 East Adams St., Springfield, Illinois, on or before January 5, 2010, at 2:00 p.m. The Court denies, without prejudice, Plaintiffs' request for a default judgment at this time. Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the total amounts owed for unpaid contributions and other damages. Plaintiffs' request for attorney's fees and costs is similarly denied without prejudice and may be renewed at a later date.

IT IS THEREFORE SO ORDERED.

ENTER: December 3, 2009

    FOR THE COURT:

                                          s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                          UNITED STATES DISTRICT JUDGE